ACCEPTED
01-15-00964-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/14/2015 3:55:02 PM
CHRISTOPHER PRINE
CLERK

# BENNY RISNER, AUSTRALTEX INVESTMENT HOLDINGS, LLC AND HOUSTON BROAD BASED COMMUNITY CENTER
## Defendants/Appellants

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/14/2015 3:55:02 PM
CHRISTOPHER A. PRINE
Clerk

## NO: 01-15-00964-CV

# MAZEN JUMAA AND MJ MEDICAL GROUP, LLC
## Plaintiffs/Appellees

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

## On Appeal from the 129th District Court
## Of Harris County, Texas
## Cause No. 2015-09067

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/14/2015 3:55:02 PM
CHRISTOPHER A. PRINE
Clerk

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## APPELLANTS' MOTION TO DISMISS WITH PREJUDICE AND/OR NONSUIT

### TO THE HONORABLE JUDGE OF SAID COURT:

Appellants' Attorney, Wayman L. Prince, Attorney at Law is withdrawing from this case. *(See Exhibit "1", attached hereto and made a part hereof).*

## I.  MOTION TIMELY FILED

A)    This Appellants' Motion to Dismiss with Prejudice and/or Non-Suit requires a Filing Fee of Two Hundred five Dollars ($205.00) per TEX. R. APP. P. 5. to prosecute the appeal and has not been paid and will not be paid due to the withdrawal of Attorney Wayman L. Prince.

B)    The Clerk's Record from Trial Court Cause No. 2015-09067 is tentatively due on December 26, 2015 (Saturday) and has not been received from appellants which means appellants cannot begin proceedings on any appeals prior to payment.

## II. CERTIFICATE OF CONFERENCE WITH APPELLEES' ATTORNEY

The Certificate of Conference with opposing counsel, Byron Keeling of KEELING & DOWNES LAW FIRM and Appellants' Counsel, Wayman L. Prince, Attorney at Law which was held on Friday,

4

December 11, 2015 did not state that he was opposed to the Motion based on Appellants' Attorney's withdrawal from this case.

Respectfully submitted,

_____
Wayman L. Prince, Attorney at Law
**LAW OFFICES OF ATTORNEY WAYMAN L. PRINCE**
Member of Texas and Iowa Bars
9111 Katy Freeway – Suite 301
Houston, Texas 77024
(713) 467-1659
(713) 467-1686 (Facsimile)
**T.B.A. #16329350**

**ATTORNEY FOR DEFENDANTS/APPELLANTS**

**APPROVED AS TO FORM:**

_____
Wayman L. Prince, Attorney at Law
**LAW OFFICES OF ATTORNEY WAYMAN L. PRINCE**
9111 Katy Freeway – Suite 301
Houston, Texas 77024
(713) 467-1659
(713) 467-1686 (Facsimile)
**T.B.A. #16329350**

**ATTORNEY FOR DEFENDANTS/APPELLANTS**

5

# Exhibit "1"

*Plaintiffs' Motion and Order to Withdraw with Intervention and Retention of Legal Interest on*

*Trial Court Case Number: 2015-0906 in the 129th District Court*

*Honorable Judge Michael Gomez*

12/10/2015 1:52:01 PM
Chris Daniel - District Clerk
Harris County
Envelope No: 8180668
By: PATTON, JONATHAN R
Filed: 12/10/2015 1:52:01 PM

# WAYMAN L. PRINCE, CHFC, CLU, FLMI

ATTORNEY AT LAW
9111 Katy Freeway, Suite 301
Houston, Texas 77024

TELEPHONE: (713) 467-1659
FAX: (713) 467-1686
Web-site: www.wlplaw.com
E-mail: wayman@wlplaw.com

*"A MEMBER OF THE BETTER BUSINESS BUREAU"*

December 10, 2015

Honorable Judge Michael Gomez
129th Judicial District Court at Law
Harris County Civil Court Building
201 Caroline, 10th Floor
Houston, TX 77002

*Via Electronic Filing*

Phone: (713) 368-6180

**RE: CAUSE NO. 2015-09067; MAZEN JUMAA AND MJ MEDICAL GROUP LLC, Plaintiffs/Appellees v. BENNY RISNER, AUSTRALTEX INVESTMENT HOLDINGS, LLC AND HOUSTON BROAD BASED COMMUNITY CENTER, Defendants; IN THE 129th JUDICIAL DISTRICT COURT, HARRIS COUNTY, TEXAS**

Dear Honorable Judge Gomez:

Please find enclosed the following four (4) documents and filing fee of the Plaintiff's to be filed:

1. Plaintiff's Notice of Oral Hearing;
2. Plaintiff's Attorney, Wayman L. Prince, Motion to Withdraw with Intervention and Retention on Legal Interest;
3. Order Granting Plaintiff's Attorney, Wayman L. Prince, Motion to Withdraw with Intervention and Retention on Legal Interest; and
4. Certificate of Service.

Please handle the filing in your usual manner.

Sincerely,

Wayman L. Prince, Attorney at Law
**LAW OFFICES OF ATTORNEY WAYMAN L. PRINCE**
Member of Texas and Iowa Bars

WLP/sg

Encl. (4): 1) Plaintiff's Notice of Oral Hearing; 2) Plaintiff's Attorney, Wayman L. Prince, Motion to Withdraw with Intervention and Retention on Legal Interest; 3) Order Granting Plaintiff's Attorney, Wayman L. Prince, Motion to Withdraw with Intervention and Retention on Legal Interest; and 4) Certificate of Service.

Motion and Order of Plaintiff's Attorney
To Withdraw
JUMAA, et al v. RINER, et al– 129th

1

Unofficial Copy Office of Chris Daniel District Clerk

## CAUSE NO. 2015-09067

| | | |
|---|---|---|
| MAZEN JUMAA AND MJ MEDICAL GROUP, LLC **Plaintiffs** | { { { { | IN THE DISTRICT COURT |
| **v.** | { { | 129th JUDICIAL DISTRICT |
| BENNY RISNER, AUSTRALTEX INVESTMENT HOLDINGS, LLC AND HOUSTON BROAD BASED COMMUNITY CENTER **Defendants** | { { { { { | HARRIS COUNTY, TEXAS |

### PLAINTIFF'S NOTICE OF ORAL HEARING

To: Plaintiffs, MAZEN JUMAA and MJ MEDICAL GROUP, LLC, by and through their Attorney of Record, Byron C. Keeling; 1500 McGowan, Suite 220, Houston, Texas 77004, telephone: (832) 214-9900; Facsimile: (832) 214-9908; and e-mail: bck@keelingdownes.com.

You will take notice that on the 11th day of January, 2016 (Monday), at 11:00 A.M., an Oral Hearing has been scheduled before this Court in the 129th District Court, Harris County, Texas located at 201 Caroline Street – 10th Floor, Houston, Texas 77002.

The purpose of this Oral Hearing is to allow Honorable Judge Michael Gomez rule on Attorney Wayman L. Prince's Motion to Withdraw from the above case, Cause No. 2015-09067.

Respectfully Submitted,

Wayman L. Prince, Attorney at Law
**LAW OFFICES OF ATTORNEY WAYMAN L. PRINCE**
Member of Texas and Iowa Bars
9111 Katy Freeway, Suite 301
**T.B.A. # 16329350**
Houston, Texas 77024
Telephone (713) 467-1659
Fax (713) 467-1686
Email: Wayman@wlplaw.com

**ATTORNEY FOR PLAINTIFF**

Motion and Order of Plaintiff's Attorney
To Withdraw
JUMAA, et al v. RINER, et al– 129th

2

12/10/2015 1:52:01 PM
Chris Daniel - District Clerk Harris County
Envelope No. 8180668
By: JONATHAN PATTON
Filed: 12/10/2015 1:52:01 PM

CAUSE NO. 2015-09067

| | | |
|---|---|---|
| MAZEN JUMAA AND MJ MEDICAL GROUP, LLC | { | IN THE DISTRICT COURT |
| Plaintiffs | { | |
| | { | |
| v. | { | 129th JUDICIAL DISTRICT |
| | { | |
| BENNY RISNER, AUSTRALTEX INVESTMENT HOLDINGS, LLC AND HOUSTON BROAD BASED COMMUNITY CENTER | { | |
| Defendants | { | HARRIS COUNTY, TEXAS |

**PLAINTIFF'S ATTORNEY, WAYMAN L. PRINCE'S, MOTION TO WITHDRAW WITH INTERVENTION AND RETENTION OF LEGAL INTEREST**

To: Plaintiffs, MAZEN JUMAA and MJ MEDICAL GROUP, LLC, by and through their Attorney of Record, Byron C. Keeling; 1500 McGowan, Suite 220, Houston, Texas 77004, telephone: (832) 214-9900; Facsimile: (832) 214-9908; and e-mail: bck@keelingdownes.com.

**NOW COMES**, Attorney, Wayman L. Prince, for Defendants, BENNY RISNER, AUSTRALTEX INVESTMENT HOLDING, LLC (hereinafter referred to as "AUSTRALTEX") and HOUSTON BROAD BASED COMMUNITY CENTER (hereinafter referred to as "HBBCC"), as Counsel of Record, in the above styled cause of action in the 129th Judicial District Court, Harris County, Texas, and files this Motion and Order to Withdraw with Intervention and Retention of Legal Interest from the above styled case pursuant to Texas Rules of Civil Procedure (T.R.C.P.) 10 and in support thereof would show unto the Court the following:

1.      That this Motion is filed for good cause, in good faith and that Attorney Wayman L. Prince was served an Original Petition and Request for Declaratory Judgment regarding properties of 1904-1920 Houston Avenue properties, Houston, Texas 77002 which was filed on February 17, 2015 and served by process server later that month, 2015.

Motion and Order of Plaintiff's Attorney
To Withdraw
JUMAA, et al v. RINER, et al– 129th

3

2. That the Plaintiff's Attorney Wayman L. Prince prepared, analyzed, researched and filed a Plaintiff's Answer, General Denial, Affirmative Defenses, Compulsory Counter-Claim on or about March 5, 2015.

3. That Attorney Wayman L. Prince has filed a plethora of pleadings, has had hours of correspondence and telephone conversations with opposing counsel, completed Discovery to and from Plaintiffs, appeared in Court for several hearings, mediated this case one (1) time, prepared and filed traditional Summary Judgments along with No-Evidence Summary judgments and has completed his due diligence regarding this case.

4. That Attorney Wayman L. Prince has spent over One Hundred forty Eight point Zero Five (148.05) Hours on this case.

5. That this withdrawal is not for the purpose of delay only and that a copy of this Motion has been delivered via E-Mail to: robertwadedurst@yahoo.com and bennyrisner1@aol.com and mailed via CMRRR 7015-0920-0001-4105-9031 and via Regular US 1st Class Mail to the Defendants, BENNY J. RINSER and AUSTRALTEX; with notification of their right to follow recommendations or otherwise substitute Attorney Wayman L. Prince with Attorney Wayman L. Prince notifying Plaintiff of their legal fees due and owing as of December 10, 2015.

6. That the Plaintiffs last known address is as follows: 710 N. Post Oak, Suite 400, Houston, Texas 77024.

7. That delivery and a copy of this Notice to the Plaintiff, **GCCFI, INC. a/k/a ROBERT DURST,** has been made via E-Mail to Robert Durst at his e-mail address of robertwadedurst@yahoo.com and Benny Risner at

Motion and Order of Plaintiff's Attorney                4
To Withdraw
JUMAA, et al v. RINER, et al– 129th

bennyrisner1@aol.com and mailed via CMRRR 7015-0920-0001-4105-9031 and via Regular US 1st Class Mail to the Defendants.

8. That a Cover Letter to Benny Risner of **BENNY RISNER and AUSTRALTEX**, Defendants, *(See Exhibit "A", attached hereto and made apart hereof)* along with a completed Invoice *(See Exhibit "B", attached hereto and made a part hereof)* was sent to Defendants, **BENNY RISNER and AUSTRALTEX** on November 5, 2015 and Attorney Prince has not heard any word or written correspondence from **BENNY RISNER and AUSTRALTEX** since the date of that Letter and Invoice.

9. That in all good things considered, the withdrawing Counsel, Attorney Wayman L. Prince, has complied with the Texas Rules of Civil Procedure (TRCP) 10:

*"TRCP 10. WITHDRAWAL of ATTORNEY.*

*An attorney may withdraw from representing a party only upon written motion for good cause shown. If another attorney is to be substituted as attorney for the party, the motion shall state: the name, address, telephone number, telecopier number, if any, and State Bar of Texas identification number of the substitute attorney; that the party approves the substitution; and that the withdrawal is not sought for delay only. If another attorney is not to be substituted as attorney for the party, the motion shall state: that a copy of the motion has been delivered to the party; that the party has been notified in writing of his right to object to the motion; whether the party consents to the motion; the party's last known address and all pending settings and deadlines. If the motion is granted, the withdrawing attorney shall immediately notify the party in writing of any additional settings or deadlines of which the attorney has knowledge at the time of the withdrawal and has not already notified the party. The Court may impose further conditions upon granting leave to withdraw. Notice or delivery to a party shall be either made to the party in person or mailed to the party's last known address by both certified mail and regular first class mail. If the attorney in charge withdraws and another attorney remains or becomes substituted, another attorney in charge must be designated of record with notice to all other parties in accordance with Rule 21a."*

*Harrison v. Harrison,* 367 S.W.3d 822, 827 (Tex.App.-Houston [14th Dist.] 2012, pet. filed 7-11-12). *" TRCP 10 'does not define 'good cause''. However, the Texas Disciplinary Rules of Professional Conduct articulate consideration relevant to the consideration of Rule 10 motions.*

*[The Disciplinary Rules] provide [ ], among other things.....**the client 'fails substantially to fulfill an obligation to the lawyer regarding the lawyer's services, including an obligation to pay the lawyer's fees as agreed, and has been given reasonable warning that the lawyer will withdraw unless the***

Motion and Order of Plaintiff's Attorney
To Withdraw
JUMAA, et al v. RISNER, et al– 129th

5

*obligation is fulfilled'; and the representation 'will result in an unreasonable financial burden on the lawyer or has been rendered reasonably difficult by the client.* " [emphasis supplied]

**WHEREFORE**, PREMISES CONSIDERED, the withdrawing Counsel, Attorney

Wayman L. Prince, prays to the Court that he be allowed to withdraw from the above styled case,

be granted any other relief at law or in equity that may be entitled.

Respectfully Submitted,

Wayman L. Prince, Attorney at Law
**LAW OFFICES OF ATTORNEY WAYMAN L. PRINCE**
Member of Texas and Iowa Bars
9111 Katy Freeway, Suite 301
**T.B.A. # 16329350**
Houston, Texas 77024
Telephone (713) 467-1659
Fax (713) 467-1686
Email: Wayman@wlplaw.com

**ATTORNEY FOR PLAINTIFF**

**APPROVED AS TO FORM**

Wayman L. Prince, Attorney At Law
**Law Offices of Attorney Wayman L. Prince**
9111 Katy Freeway, Suite 301
Houston, Texas 77024
(713) 467-1659
(713) 467-1686 Facsimile
E-Mail: wayman@wlplaw.com
**T.B.A. # 16329350**

**ATTORNEY FOR PLAINTIFF**

Motion and Order of Plaintiff's Attorney                6
To Withdraw
JUMAA, et al v. RINER, et al– 129th

# Exhibit "A"

**Cover Letter to Robert Durst and Benny J. Risner on Outstanding Attorney Invoice of Amount Due of $44,400.00**

**Dated: November 5, 2015**

Unofficial Copy Office of Chris Daniel District Clerk

# WAYMAN L. PRINCE, CHFC, CLU, FLMI

ATTORNEY AT LAW
9111 Katy Freeway, Suite 301-302
Houston, Texas 77024

TELEPHONE: (713) 467-1659
FAX: (713) 467-1686
Web-site: www.wlplaw.com
E-mail: wayman@wlplaw.com

*"A MEMBER OF THE BETTER BUSINESS BUREAU"*

November 5, 2015

Benny Risner

*Via E-Mail: bennyrisner1@aol.com*

Robert Durst

*Via E-Mail: robertwadedurst@yahoo.com*

## OUTSTANDING ATTORNEY INVOICES AMOUNT DUE

**RE: CAUSE NO. 2015-09067; MAZEN JUMAA AND MJ MEDICAL GROUP LLC, Plaintiffs v. BENNY RISNER, AUSTRALTEX INVESTMENT HOLDINGS, LLC AND HOUSTON BROAD BASED COMMUNITY CENTER, Defendants; IN THE 234th JUDICIAL DISTRICT COURT, HARRIS COUNTY, TEXAS**

Dear Robert and Benny:

Because of the large volume of cases that I am handling for both of you, it has become necessary to separate and identify each legal matter and the outstanding amounts due on each legal matter in order for me to proceed on each and every case. Each case is being billed separately, from day of inception (beginning) until the current time period until November 2, 2015 (Monday). The amounts have been identified per month and per job assignment or legal work done.

You may disagree with the amount of the bill but you cannot disagree with the work that has been professionally performed. As a result, before I proceed any further on any case, we will have to discuss payment arrangements so that both parties have a clear understanding on how legal fees will be billed and paid.

Over the years it has been my experience to always advise clients on how much they owe and when they owe it. We are now at that point whereby there is a fork in the road. Either we will proceed and go forward; otherwise, each of us will have to go our own separate ways.

I will await your prompt reply.

Sincerely,

*Wayman L. Prince*

Wayman L. Prince, Attorney at Law
**LAW OFFICES OF ATTORNEY WAYMAN PRINCE**
Member of Texas and Iowa Bars

WLP/sg

1

# Exhibit "B"

*Invoice for MAZEN JUMAA, et al v. RISNER, et al*

*RE: HOUSTON AVENUE PROPERTIES*

*Attorney Invoice of Amount Due of $44,400.00*

*Dated: November 5, 2015*

RE:   *CAUSE NO. 2015-09067; MAZEN JUMAA AND MJ MEDICAL GROUP LLC, Plaintiffs v. BENNY RISNER, AUSTRALTEX INVESTMENT HOLDINGS, LLC AND HOUSTON BROAD BASED COMMUNITY CENTER, Defendants; IN THE 234th JUDICIAL DISTRICT COURT, HARRIS COUNTY, TEXAS*

Unofficial Copy Office of Chris Daniel District Clerk

# Face Sheet of Invoices for Each Month

| Month | Hours | Amount Owed |
|---|---|---|
| February 2015 | 8.5 Hours | $2,550.00 |
| March 2015 | 14.0 Hours | $4,200.00 |
| April 2015 | 10.0 hours | $3,000.00 |
| May 2015 | 13.0 Hours | $3,900.00 |
| June 2015 | 25.0 Hours | $7,500.00 |
| July 2015 | 17.5 Hours | $5,250.00 |
| August 2015 | 40.5 Hours | $12,150.00 |
| September 2015 | 13.0 Hours | $3,900.00 |
| October 2015 | 6.5 Hours | $1,950.00 |
| TOTAL HOURS | 148.05 Hours | |
| TOTAL HOURS AS OF OCTOBER 2015 | | $44,400 |

Unofficial Copy Office of Chris Daniel District Clerk

Wayman L. Prince, Attorney at Law
**LAW OFFICES OF ATTORNEY WAYMAN L. PRINCE**
9111 Katy Freeway, Suite 301
Houston, Texas 77024

**INVOICE- JUMAA MATTER**

February 28, 2015

Original Invoice #15-001 WLP

Benny Risner

*Via E-Mail: Bennyrisner1@aol.com*

RE: **CAUSE NO. 2015-09067; MAZEN JUMAA AND MJ MEDICAL GROUP LLC, Plaintiffs
v. BENNY RISNER, AUSTRALTEX INVESTMENT HOLDINGS, LLC AND HOUSTON
BROAD BASED COMMUNITY CENTER, Defendants; IN THE 129th JUDICIAL
DISTRICT COURT, HARRIS COUNTY, TEXAS**

**LEGAL SERVICES RENDERED:**                                    **$2,550.00**

| DATE | SUBJECT MATTER | HOURS | HOURLY RATE | TOTAL AMOUNT DUE |
|---|---|---|---|---|
| | | | | |
| 2/23/15 | Plaintiffs' filed Original Petition and Request for Declaratory Judgment. Defendants received. Clients meeting - reviewed, researched, analysis, preparation, telephone calls, etc. | | $300/hr | $2,250.00 |
| | | | | |
| | **TOTAL DUE and OWING** | 8.5 | | $2,550.00 |

**All amounts due and payable March 15, 2015.**

**Sincerely,**

_Wayman L. Prince_

**Wayman L. Prince, Attorney At Law**

Unofficial Copy Office of Harris Daniel District Clerk

1

Wayman L. Prince, Attorney at Law
**LAW OFFICES OF ATTORNEY WAYMAN L. PRINCE**
9111 Katy Freeway, Suite 301
Houston, Texas 77024

## INVOICE- JUMAA MATTER

March 30, 2015

Original Invoice #15-002 WLP

Benny Risner

*Via E-Mail: Bennyrisner1@aol.com*

**RE:    CAUSE NO. 2015-09067; MAZEN JUMAA AND MJ MEDICAL GROUP LLC, Plaintiffs
v. BENNY RISNER, AUSTRALTEX INVESTMENT HOLDINGS, LLC AND HOUSTON
BROAD BASED COMMUNITY CENTER, Defendants; IN THE 129th JUDICIAL
DISTRICT COURT, HARRIS COUNTY, TEXAS**

**LEGAL SERVICES RENDERED:**                          **$4,200.00**

| DATE | SUBJECT MATTER | HOURS | HOURLY RATE | TOTAL AMOUNT DUE |
|---|---|---|---|---|
| | | | | |
| 3/4/2015 | Rule 11 Agreement on Houston Avenue Properties | 1.0 | $300/hr | $300.00 |
| 3/5/15 | Four (4) documents filed with Court:<br>1.    Defendants' Answer and General Denial;<br>2.    Defendants' Affirmative Defenses;<br>3.    Defendants' Original Compulsory Counter-Claim;<br>4.    Certificate of Service; and<br>5.    Filing Fee | 5.5 | $300/hr | $1,650.00 |
| 3/1/2015 thru 3/30/15 | Monthly Research, Preparation, Analysis, Correspondence with clients, etc. | 7.5 | $300/hr | $2,250.00 |
| | | | | |
| | **TOTAL DUE and OWING** | 14.0 | | $4,200.00 |

**All amounts due and payable April 15, 2015.**

**Sincerely,**   *Wayman L. Prince*
**Wayman L. Prince, Attorney At Law**

1

Unofficial Copy - Office of Chris Daniel District Clerk

Wayman L. Prince, Attorney at Law
**LAW OFFICES OF ATTORNEY WAYMAN L. PRINCE**
9111 Katy Freeway, Suite 301
Houston, Texas 77024

**INVOICE- JUMAA MATTER**

April 30, 2015

Original Invoice #15-003 WLP

Benny Risner

*Via E-Mail: Bennyrisner1@aol.com*

RE:   CAUSE NO. 2015-09067; MAZEN JUMAA AND MJ MEDICAL GROUP LLC, Plaintiffs
v. BENNY RISNER, AUSTRALTEX INVESTMENT HOLDINGS, LLC AND HOUSTON
BROAD BASED COMMUNITY CENTER, Defendants; IN THE 129th JUDICIAL
DISTRICT COURT, HARRIS COUNTY, TEXAS

**LEGAL SERVICES RENDERED:**                         **$3,000.00**

| DATE | SUBJECT MATTER | HOURS | HOURLY RATE | TOTAL AMOUNT DUE |
|---|---|---|---|---|
| | | | | |
| 4/6/2015 | Plaintiffs' Original answer to Defendants' Counter-Claim | 2.5 | $300/hr | $750.00 |
| 4/29/15 | Correspondence with Attorney Keeling - Discovery – Request for Disclosure | .5 | $300/hr | $150.00 |
| 4/1/15 thru 4/30/15 | Research, Case Law, Analysis, Preparation, filing pleadings | 7.0 | $300/hr | $2,100.00 |
| | | | | |
| | **TOTAL DUE and OWING** | 10.0 | | **$3,000.00** |

**All amounts due and payable May 15, 2015.**

**Sincerely,**

_____

**Wayman L. Prince, Attorney At Law**

1

Wayman L. Prince, Attorney at Law
**LAW OFFICES OF ATTORNEY WAYMAN L. PRINCE**
9111 Katy Freeway, Suite 301
Houston, Texas 77024

## INVOICE- JUMAA MATTER

May 30, 2015

Original Invoice #15-004 WLP

Benny Risner

*Via E-Mail: Bennyrisner1@aol.com*

RE:     CAUSE NO. 2015-09067; MAZEN JUMAA AND MJ MEDICAL GROUP LLC, Plaintiffs
v. BENNY RISNER, AUSTRALTEX INVESTMENT HOLDINGS, LLC AND HOUSTON
BROAD BASED COMMUNITY CENTER, Defendants; IN THE 129th JUDICIAL
DISTRICT COURT, HARRIS COUNTY, TEXAS

**LEGAL SERVICES RENDERED:**                              **$3,900.00**

| DATE | SUBJECT MATTER | HOURS | HOURLY RATE | TOTAL AMOUNT DUE |
|------|----------------|-------|-------------|------------------|
|      |                |       |             |                  |
| 5/4/2015 | Plaintiffs' Discovery to Three (4) Defendants | 4.0 | $300/hr | $1,200.00 |
| 5/4/2015 | Defendants' Responses to Plaintiffs' Request for Discovery | 3.0 | $300/hr | $900.00 |
| 5/1/15 thru 5/30/15 | Research, preparation, review, analysis, etc | 3.0 | $300/hr | $900.00 |
| 5/1/2015 thru 5/30/15 | Correspondence and meetings with clients | 3.0 | $300/hr | $900.00 |
|      |                |       |             |                  |
|      | **TOTAL DUE and OWING** | 13.0 |        | **$3,900.00** |

All amounts due and payable June 15, 2015.

Sincerely,

*[signature]*

Wayman L. Prince, Attorney At Law

1

Wayman L. Prince, Attorney at Law
**LAW OFFICES OF ATTORNEY WAYMAN L. PRINCE**
9111 Katy Freeway, Suite 301
Houston, Texas 77024

## INVOICE- JUMAA MATTER

June 30, 2015

Original Invoice #15-005 WLP

Benny Risner

*Via E-Mail: Bennyrisner1@aol.com*

**RE: CAUSE NO. 2015-09067; MAZEN JUMAA AND MJ MEDICAL GROUP LLC, Plaintiffs v. BENNY RISNER, AUSTRALTEX INVESTMENT HOLDINGS, LLC AND HOUSTON BROAD BASED COMMUNITY CENTER, Defendants; IN THE 129th JUDICIAL DISTRICT COURT, HARRIS COUNTY, TEXAS**

**LEGAL SERVICES RENDERED:** $7,500.00

| DATE | SUBJECT MATTER | HOURS | HOURLY RATE | TOTAL AMOUNT DUE |
|------|----------------|-------|-------------|------------------|
| | | | | |
| 6/1/2015 thru 6/2/2015 | Receipt of Plaintiffs' Discovery | 1.0 | $300/hr | $300.00 |
| 6/2/2015 thru 6/8/2015 | Response to Defendants' Discovery and the filing of pleadings:<br>1. Certificate of Written Discovery;<br>2 (a). Defendant, AUSTRALTEX's Responses and Objections to Plaintiffs' Request for Admissions;<br>(b). Defendant, HOUSTON BROAD BASED COMMUNITY CENTER's Responses and Objections to Plaintiffs' Request for Admissions;<br>(c). Defendant, BENNY RISNER'S Responses and Objections to Plaintiffs' Request for Admissions;<br>3 (a) Defendant, AUSTRALTEX's Answers and Objections to Plaintiffs' First (1st) Set of Interrogatories;<br>(b) Defendant, HOUSTON BROAD BASED COMMUNITY CENTER's Answers and Objections to Plaintiffs' First (1st) Set of Interrogatories;<br>(c) Defendant, BENNY RISNER's Answer and Objections to Plaintiffs' First (1st) | 11.5 | $300/hr | $3,450.00 |

1

| | | | | |
|---|---|---|---|---|
| | Set of Interrogatories;<br>4 (a). Defendant, AUTRALTEX's Responses and Objections to Plaintiffs' Request for Production;<br>   (b). Defendant, HOUSTON BROAD BASED COMMUNITY CENTER's Responses and Objections to Plaintiffs' Request for Production;<br>   (c). Defendant, BENNY RISNER's Responses and Objections to Plaintiffs' Request for Production;<br>5.  Defendants' First (1st) Set of Interrogatories to Plaintiff, MAZEN JUMAA;<br>6.  Defendants' First (1st) Set of Interrogatories to Plaintiff, MJ MEDICAL GROUP, LLC;<br>7.  Defendants' Request for Production to Plaintiff, MAZEN JUMAA;<br>8.  Defendants' Request for Production to Plaintiff, MJ MEDICAL GROUP, LLC;<br>9.  Defendants' Request for Admissions to Plaintiff, MAZEN JUMAA;<br>10. Defendants' Request for Admissions to Plaintiff, MJ MEDICAL GROUP, LLC; and<br>11. Certificate of Service. | | | |
| 6/9/10 & 6/10/15 | Correspondence between Plaintiffs' and Defendants' Attorneys | .5 | $300/hr | $150.00 |
| 6/11/15 | Case Law, Research & Review | 5.5 | $300/hr | $1,650.00 |
| 6/12/15 | Correspondence with Plaintiffs' Attorney in Motion for Summary Judgment Hearing Date for August 10, 2015 | .5 | $300/hr | $150.00 |
| 6/12/15 | Motion and Order (Unopposed) to File Settlement Agreement as Summary Judgment Evidence | 2.0 | $300/hr | $600.00 |
| 6/22/15 | Plaintiffs' First (1st) Amended Petition for Declaratory Judgment | 4.0 | $300/hr | $1,200.00 |
| | | | | |
| | **TOTAL DUE and OWING** | **25.0** | | **$7,500.00** |

**All amounts due and payable July 15, 2015.**

**Sincerely,**

*[signature: Wayman L. Prince]*

**Wayman L. Prince, Attorney At Law**

2

Wayman L. Prince, Attorney at Law
**LAW OFFICES OF ATTORNEY WAYMAN L. PRINCE**
9111 Katy Freeway, Suite 301
Houston, Texas 77024

## INVOICE- JUMAA MATTER

July 30, 2015

Original Invoice #15-006 WLP

Benny Risner

*Via E-Mail: Bennyrisner1@aol.com*

RE: CAUSE NO. 2015-09067; MAZEN JUMAA AND MJ MEDICAL GROUP LLC, Plaintiffs
v. BENNY RISNER, AUSTRALTEX INVESTMENT HOLDINGS, LLC AND HOUSTON
BROAD BASED COMMUNITY CENTER, Defendants; IN THE 129th JUDICIAL
DISTRICT COURT, HARRIS COUNTY, TEXAS

**LEGAL SERVICES RENDERED:** $5,250.00

| DATE | SUBJECT MATTER | HOURS | HOURLY RATE | TOTAL AMOUNT DUE |
|------|----------------|-------|-------------|------------------|
| | | | | |
| 7/2/2015 | Defendants' received Plaintiffs' First (1st) Answer Petition & request for declaratory Judgment - reviewed, etc. | 1.5 | $300/hr | $450.00 |
| 7/3/2015 Thru 7/6/2015 | Defendants reviewed, prepared, analyzed, research and filing the following six (6) documents:<br>1. Defendants' Answer, General Denial and Affirmative Defenses to Plaintiffs' First Amended Petition and Request for Declaratory Judgment;<br>2. Defendants' Amended Compulsory Counter-Claim to Plaintiffs' First 91st) Amended Petition and Request for Summary Judgment;<br>3. Attorney Wayman L. Prince Affidavit for Attorney Fees and Court Costs;<br>4. Defendants' Schedule of Exhibits "A" through "O";<br>5. Order Denying Plaintiffs" Declaratory judgment;<br>6. Certificate of Service along with the filing. | 4.5 | $300/hr | $1,350.00 |
| 7/7/15 | Telephone calls with clients | 1.0 | $300/hr | $300.00 |

1

Unofficial copy Office of Chris Daniel District Clerk

| | | | | |
|---|---|---|---|---|
| 7/7/2015 thru 7/21/15 | Research, and preparation of the Defendants' Motion for Traditional Summary Judgment and No-Evidence Summary Judgment and the filing. | 5.5 | $300/hr | $1,650.00 |
| 7/14/15 | Telephone calls with clients | 1.0 | $300/hr | $300.00 |
| 7/16/15 | Telephone calls with clients | 1.0 | $300/hr | $300.00 |
| 7/31/15 | Plaintiffs' Reply and Support of Plaintiffs' Motion for Summary Judgment as to Defendants' Defenses & Counter-Claims; Plaintiffs' reply in Support of Plaintiffs' Motion for Summary Judgment to Quiet title; Plaintiffs' Objections to and Motion to Strike Defendants' Summary Judgment Affidavits with Notice of Hearing Motion to Strike Defendants' Summary Judgment Affidavits | 3.0 | $300/hr | $900.00 |
| | | | | |
| | **TOTAL DUE and OWING** | 17.5 | | $5,250.00 |

All amounts due and payable August 15, 2015.

Sincerely,

Wayman L. Prince, Attorney At Law

2

Wayman L. Prince, Attorney at Law
**LAW OFFICES OF ATTORNEY WAYMAN L. PRINCE**
9111 Katy Freeway, Suite 301
Houston, Texas 77024

INVOICE- JUMAA MATTER

August 1, 2015

Original Invoice #15-007 WLP

Benny Risner

*Via E-Mail: Bennyrisner1@aol.com*

RE: **CAUSE NO. 2015-09067; MAZEN JUMAA AND MJ MEDICAL GROUP LLC, Plaintiffs v. BENNY RISNER, AUSTRALTEX INVESTMENT HOLDINGS, LLC AND HOUSTON BROAD BASED COMMUNITY CENTER, Defendants; IN THE 129th JUDICIAL DISTRICT COURT, HARRIS COUNTY, TEXAS**

**LEGAL SERVICES RENDERED:** $12,150.00

| DATE | SUBJECT MATTER | HOURS | HOURLY RATE | TOTAL AMOUNT DUE |
|------|----------------|-------|-------------|------------------|
| | | | | |
| 8/3/2015 | Defendants received and reviewing Plaintiffs' Objections to Defendants' Three (3) Affidavit | 4.0 | $300/hr | $1,200.00 |
| 8/4/2015 | Defendants' filed Response to Plaintiffs' Objections the Three (3) Affidavits of Defendants | 5.0 | $300/hr | $1,500.00 |
| 8/7/2015 | Telephone calls to clients | 1.5 | $300/hr | $450.00 |
| 8/10/15 | Hearing in 234th District Court – Preparation, Research, Review & Appearance - Court time | 7.5 | $300/hr | $2,250.00 |
| 8/14/15 | Review Plaintiffs' Letter to 234th Court – Honorable Judge Wesley Ward | 05 | $300/hr | $150.00 |
| 8/14/15 | Defendants Motion and Order to Transfer Case back to 129th District Court | 4.0 | $300/hr | $1,200.00 |
| 8/17/15 | Hearing in the 234th District Court on Mediation – Plaintiff opposes mediation - Preparation, Research, review and Appearance for Hearing | 5.5 | $300/hr | $1,650.00 |
| 8/20/15 | File Defendants' Motion to Transfer to 129th District Court – Three (3) documents | 3.0 | $300/hr | $900.00 |
| 8/21/15 | Receive and Review Plaintiffs' Motion in Opposition of transfer | 2.0 | $300/hr | $600.00 |
| 8/25/15 | Hearing in 157th District Court – Preparation, | 5.0 | $300/hr | $1,500.00 |

1

| | | | | |
|---|---|---|---|---|
| | research, Review & Appearance – Court time | | | |
| 8/29/15 | Research and print-out-of-Order Transferring Case Back to 129th District Court | .5 | $300/hr | $150.00 |
| 8/29/15 | Telephone calls to clients | 1.0 | $300/hr | $300.00 |
| 8/31/15 | Letter – Settlement Offer to Attorney Keeling | 1.0 | $300/hr | $300.00 |
| | | | | |
| | **TOTAL DUE and OWING** | 40.5 | | $12,150.00 |

**All amounts due and payable September 15, 2015.**

**Sincerely,**

Wayman L. Prince

**Wayman L. Prince, Attorney At Law**

Unofficial Copy Office of Chris Daniel District Clerk

2

Wayman L. Prince, Attorney at Law
**LAW OFFICES OF ATTORNEY WAYMAN L. PRINCE**
~~9111 Katy Freeway, Suite 301~~
Houston, Texas 77024

INVOICE- JUMAA MATTER

September 30, 2015

Original Invoice #15-008 WLP

Benny Risner

*Via E-Mail: Bennyrisner1@aol.com*

RE:   CAUSE NO. 2015-09067; MAZEN JUMAA AND MJ MEDICAL GROUP LLC, Plaintiffs
       v. BENNY RISNER, AUSTRALTEX INVESTMENT HOLDINGS, LLC AND HOUSTON
       BROAD BASED COMMUNITY CENTER, Defendants; IN THE 129th JUDICIAL
       DISTRICT COURT, HARRIS COUNTY, TEXAS

**LEGAL SERVICES RENDERED:**                                     **$3,900.00**

| DATE | SUBJECT MATTER | HOURS | HOURLY RATE | TOTAL AMOUNT DUE |
|------|----------------|-------|-------------|------------------|
| | | | | |
| 9/2/15 | Receipt of Plaintiffs' Motion in 129th District Court to Quiet Title and for Summary Judgment - Review, Prepare & Research | 2.0 | $300/hr | $600.00 |
| 9/4/15 | Telephone calls to clients and status of case | 1.0 | $300/hr | $300.00 |
| 9/4/15 Thru 9/10/15 | Preparation, review, research and Filing of Defendants' Nine (9) Documents for Motion for Summary Judgment in the 129th District court: 1. Defendants' Motion for No-Evidence Summary Judgment and Response to Plaintiffs' Motion for Summary Judgment to Quiet title to HOUSTON AVENUE PROPERTIES; 2. Defendants' Notice of Oral Hearing on 10/19/2015; 3. First (1st) Affidavit of Defendant, BENNY JOE RISNER, Managing Agent of AUTRALTEX INESTMENT HOLDINGS, LLC for Original Purchase of HOUSTON AVENUE PROPERTIES; 4. Second (2nd) Affidavit of BENNY JOE RISNER After the Refinancing of the Houston Avenue Properties in 2009 through the Sale to HOUSTON BROAD BASED COMMUNITY CENTER in | 10.0 | $300/hr | $3,000.00 |

1

Certified copy of Official Copy of Chris Daniel District Clerk

| | | | | |
|---|---|---|---|---|
| | 2014; <br> 5. Wayman L. Prince's Affidavit of Facts by President and Founder of HOUSTON BROAD BASED COMMUNITY CENTER; <br> 6. Affidavit of Attorney Fees and Reasonable Court Costs; <br> 7. Defendants' Schedule of Exhibits "A" through "O" (previously filed); <br> 8. Order Granting Defendants' Motion for No-Evidence Summary Judgment and Order Denying Plaintiffs' Motion for Summary Judgment; and <br> 9. Certificate of Service. | | | |
| | **TOTAL DUE and OWING** | 13,0 | | **$3,900.00** |

All amounts due and payable October 15, 2015.

Sincerely,

Wayman L. Prince, Attorney At Law

Unofficial Copy Office of Chris Daniel District Clerk

2

Wayman L. Prince, Attorney at Law
**LAW OFFICES OF ATTORNEY WAYMAN L. PRINCE**
9111 Katy Freeway, Suite 301
Houston, Texas 77024

## OCTOBER INVOICE- 2nd JUMAA MATTER

November 5, 2015

Original Invoice #15-009 WLP

Benny Risner

*Via E-Mail: Bennyrisner1@aol.com*

Robert W. Durst

*Via E-Mail: robertwadedurst@yahoo.com*

RE:   CAUSE NO. 2015-09067; MAZEN JUMAA AND MJ MEDICAL GROUP LLC, Plaintiffs
v. BENNY RISNER, AUSTRALTEX INVESTMENT HOLDINGS, LLC AND HOUSTON
BROAD BASED COMMUNITY CENTER, Defendants; IN THE 129th JUDICIAL
DISTRICT COURT, HARRIS COUNTY, TEXAS

**LEGAL SERVICES RENDERED:**                                    **$3,900.00**

| DATE | SUBJECT MATTER | HOURS | HOURLY RATE | TOTAL AMOUNT DUE |
|------|----------------|-------|-------------|------------------|
| | | | | |
| 10/21 thru 10/27/15 | Preparation and review of Motion for Summary Judgment arguments (both sides- Plaintiffs and Defendants) for the hearing set for 10/27/15. | 2.5 | $300/hr | $750.00 |
| 10/27/15 | Preparation and Appearance in court – arguments in 129th District Court | 4.0 | $300/hr | $1,200.00 |
| | | | | |
| | **TOTAL DUE and OWING** | 13.0 | | $1,950.00 |

**All amounts due and payable November 15, 2015.**

Sincerely,

*Wayman L. Prince, Attorney At Law*

Unofficial Copy Office of Chris Daniel District Clerk

1

**HCDistrictclerk.com**    JUMAA, MAZEN vs. RISNER, BENNY JOE    11/3/2015
Cause: 201509067    CDI: 7    Court: 129

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 67645225 | ORDER SIGNED DENYING FINAL SUMMARY JUDGMENT | | 10/27/2015 | 1 |
| 64283571 | Civil Case Information Sheet | | 02/17/2015 | 2 |
| 64283572 | Civil Process Request | | 02/17/2015 | 2 |
| 67645226 | FINAL SUMMARY JUDGMENT SIGNED | | 10/27/2015 | 2 |
| 67524625 | Filing letter | | 10/20/2015 | 1 |
| 67524626 | Defendants' Response to Plaintiffs Amended Reply in Support of Plaintiffs' Motion for Summary Judgment as to Defendants' Defenses and Counter-Claims, and Plaintiffs' Amended response to Defendants' Traditional Motion for Summary Judgment | | 10/20/2015 | 2 |
| 67524627 | Defendants' response to Plaintiffs' Amended Reply in Support of Plaintiffs' Motion for Summary Judgment to Quiet Title to Houston Avenue Properties and Plaintiffs Amended response to Defendants' No-Evidence Motion for Summary Judgment | | 10/20/2015 | 2 |
| 67524628 | Certificate of Service | | 10/20/2015 | 1 |
| 67507173 | Defendants' Response to Plaintiffs' Reply in Support of Amended Objections to and Motion to Strike Defendants' Summary Judgment Affidavits and Exhibit "B" Nothing Further Certificate | | 10/19/2015 | 2 |
| > 67507174 | Certificate of Service | | 10/19/2015 | 1 |
| > 67507171 | Filing letter | | 10/19/2015 | 1 |
| 67479846 | Amended Notice of Hearing | | 10/16/2015 | 2 |
| 67420219 | Plaintiffs' Reply in Support of Amended Objections and Motion to Strike Defendants' Summary Judgment Affidavits and Exhibit B "Nothing Further Certificate" | | 10/13/2015 | 8 |
| 67382293 | Plaintiffs' Amended Reply in Support of Plaintiffs' Motion for Summary Judgment as to Defendants' Defenses and Counterclaims, and Plaintiffs' Amended Response to Defendants' Traditional Motion for Summary Judgment | | 10/09/2015 | 15 |
| 67382295 | Plaintiffs' Amended Reply in Support of Plaintiffs' Motion for Summary Judgment to Quiet Title to Houston Avenue Properties, and Plaintiffs' Amended Response to Defendants' No-Evidence Motion for Summary Judgment | | 10/09/2015 | 17 |
| 67152768 | Defendants' Response to Plaintiffs' Objections to and Motion to Strike Defendants' Summary Judgment Affidavits and Nothing Further Certificate | | 09/23/2015 | 5 |
| 67152769 | Proposed Order denying plaintiffs objections and motion to strike defendants motion for summary judgment affidavit and nothing further certification | | 09/23/2015 | 2 |
| 67152770 | Filing Letter | | 09/23/2015 | 2 |
| 67138236 | Filing letter | | 09/22/2015 | 3 |
| 67138237 | Defendant, Australtex Investment Holdings, LLC's Responses to Plaintiffs' Second (2nd) Request for Production of Documents to Defendant, Australtex Investment Holdings, LLC | | 09/22/2015 | 2 |
| > 67138238 | Exhibit 1 | | 09/22/2015 | 4 |
| > 67138239 | Exhibit 2 | | 09/22/2015 | 13 |
| 67138240 | Defendant, Benny Joe Risners's response to Plaintiffs' Second (2nd) Request for Production of Documents to Defendant, Benny Joe Risner | | 09/22/2015 | 2 |
| > 67138241 | Exhibit 3 | | 09/22/2015 | 3 |
| > 67138242 | Exhibit 4 | | 09/22/2015 | 13 |
| 67138244 | Defendant, Houston Broad Based Community Center's Response to Plaintiffs' Second (2nd) Request for Production of Documents to Defendant, Houston Broad Based Community Center | | 09/22/2015 | 2 |

| | | | | |
|---|---|---|---|---|
| -> 67138245 | Exhibit 5 | | 09/22/2015 | 3 |
| -> 67138246 | Exhibit 6 | | 09/22/2015 | 13 |
| 67138248 | Defendants, Benny Joe Risner; Australtex Investment Holdings, LLC; and Houston Broad Based Community Center's Certificate of Written Discovery | | 09/22/2015 | 2 |
| 67138249 | Defendants' Second (2nd) Request for Production of Documents to Dplaintiff, Mazen Jumaa | | 09/22/2015 | 2 |
| 67138250 | Defendants' Second (2nd) Request for Production of Documents to Dplaintiff, MJ Medical Group, LLC | | 09/22/2015 | 2 |
| 67111489 | Plaintiffs' Amended Objections to and Motion to Strike Defendants' Summary Judgment Affidavits ands Exhibit B "Nothing Further Certificate" | | 09/21/2015 | 11 |
| -> 67111491 | Proposed Order | | 09/21/2015 | 1 |
| 67112112 | Amended Notice of Hearing | | 09/21/2015 | 2 |
| 66968615 | Defendants' Motion for Traditional Summary Judgment and Response to Plaintiffs' Motion for Summary Judgment as to Defendants' Defenses and Counterclaims | | 09/10/2015 | 10 |
| -> 66968620 | Affidavit of Attorney Wayman L. Prince on Attorney Fees and Reasonable Court Costs | | 09/10/2015 | 3 |
| -> 66968621 | Exhibit | | 09/10/2015 | 2 |
| -> 66968622 | Exhibit A | | 09/10/2015 | 16 |
| -> 66968623 | Exhibit B | | 09/10/2015 | 101 |
| -> 66968624 | Exhibit C | | 09/10/2015 | 7 |
| -> 66968625 | Exhibit D | | 09/10/2015 | 17 |
| -> 66968626 | Exhibit E | | 09/10/2015 | 24 |
| -> 66968627 | Exhibit F | | 09/10/2015 | 12 |
| -> 66968628 | Exhibit G | | 09/10/2015 | 12 |
| -> 66968629 | Exhibit H | | 09/10/2015 | 5 |
| -> 66968630 | Exhibit I | | 09/10/2015 | 11 |
| -> 66968631 | Exhibit J | | 09/10/2015 | 6 |
| -> 66968632 | Exhibit K | | 09/10/2015 | 8 |
| -> 66968633 | Exhibit L | | 09/10/2015 | 3 |
| -> 66968634 | Exhibit M | | 09/10/2015 | 3 |
| -> 66968635 | Exhibit N | | 09/10/2015 | 4 |
| -> 66968636 | Exhibit O | | 09/10/2015 | 4 |
| -> 66968616 | Filing letter | | 09/10/2015 | 3 |
| -> 66968617 | First Affidavit of Defendant Benny Joe Risner Managing Agent of Autraltex Inestment Holdings LLC for Original Purchase of Houston Avenue Properties | | 09/10/2015 | 2 |
| -> 66968637 | Proposed Order | | 09/10/2015 | 3 |
| -> 66968618 | Second Affidavit of Benny Joe Risner After the Refinancing of the Houston Avenue Properties in 2009 Through the Sale to Houston Broad Based Community Center in 2014 | | 09/10/2015 | 2 |
| -> 66968619 | Wayman Prince's Affidavit of Facts by President and Founder Houston Broad Based Community Center | | 09/10/2015 | 3 |
| 66960291 | Defendants' Motion for No-Evidence Summary Judgment and Response to Plaintiffs' Motion for Summary Judgment to Quiet Title to Houston Avenue Properties | | 09/09/2015 | 11 |
| -> 66960297 | Affidavit of Attorney Wayman L. Prince of Attorney Fees and Reasonable Court Costs | | 09/09/2015 | 3 |
| -> 66960293 | Defendant Notice of Oral Hearing for August 8, 2015 | | 09/09/2015 | 1 |
| -> 66960299 | Exhibit | | 09/09/2015 | 2 |
| -> 66960300 | Exhibit A | | 09/09/2015 | 16 |

| | | | |
|---|---|---|---|
| -> 66960301 | Exhibit B | 09/09/2015 | 101 |
| -> 66960302 | Exhibit C | 09/09/2015 | 7 |
| -> 66960303 | Exhibit D | 09/09/2015 | 17 |
| -> 66960304 | Exhibit E | 09/09/2015 | 24 |
| -> 66960305 | Exhibit F | 09/09/2015 | 12 |
| -> 66960306 | Exhibit G | 09/09/2015 | 12 |
| -> 66960307 | Exhibit H | 09/09/2015 | 5 |
| -> 66960308 | Exhibit I | 09/09/2015 | 11 |
| -> 66960309 | Exhibit J | 09/09/2015 | 6 |
| -> 66960310 | Exhibit K | 09/09/2015 | 8 |
| -> 66960311 | Exhibit L | 09/09/2015 | 3 |
| -> 66960312 | Exhibit M | 09/09/2015 | 3 |
| -> 66960313 | Exhibit N | 09/09/2015 | 4 |
| -> 66960314 | Exhibit O | 09/09/2015 | 4 |
| -> 66960292 | Filing letter | 09/09/2015 | 3 |
| -> 66960294 | First Affidavit of Defendant Benny Joe Risner Managing Agent of Autraltex Inestment Holdings Llc for Original Purchase of Houston Avenue Properties | 09/09/2015 | 2 |
| -> 66960315 | Proposed Order | 09/09/2015 | 2 |
| -> 66960295 | Second Affidavit of Benny Joe Risner form the Refinancing of the Houston Avenue Properties on 2009 Through the Sale to Houston Broad Based Community Center in 2004 | 09/09/2015 | 2 |
| -> 66960296 | Wayman L. Prince's Affidavit of Facts by President and Founder of Houston Broad Based Community Center | 09/09/2015 | 3 |
| 66933957 | Notice of Hearing | 09/08/2015 | 2 |
| 66762055 | ORDER TRANSFERRING CASE TO ANOTHER DISTRICT COURT SIGNED | 08/25/2015 | 2 |
| 66712880 | Plaintiffs' Response and Opposition to Defendants' Motion to Transfer | 08/21/2015 | 9 |
| -> 66712881 | Exhibit A | 08/21/2015 | 3 |
| -> 66712882 | Exhibit B | 08/21/2015 | 16 |
| -> 66712883 | Exhibit C | 08/21/2015 | 3 |
| -> 66712884 | Exhibit D | 08/21/2015 | 29 |
| -> 66712885 | Exhibit.E | 08/21/2015 | 67 |
| -> 66712886 | Proposed Order | 08/21/2015 | 1 |
| 66697610 | Amended Defendants/Counter-plaintiffs Notice of Oral Hearing on August 25, 2015 Tuesday at 8:30AM | 08/20/2015 | 1 |
| -> 66697612 | AMENDED Certificate of Service | 08/20/2015 | 1 |
| -> 66697611 | Filing letter | 08/20/2015 | 1 |
| 66701661 | Filing letter | 08/20/2015 | 1 |
| 66701662 | Defendants/Counter-Plaintiffs' Motion to Transfer to 129th District Court and/or Abate the 234th District Court's Jurisdiction | 08/20/2015 | 4 |
| -> 66701663 | Exhibit A | 08/20/2015 | 15 |
| -> 66701664 | Exhivit B | 08/20/2015 | 7 |
| 66701665 | Proposed Order Granting Defendants/Counter-Plaintiffs' Motion to Transfer to 129th District Court and/or Abate the 234th District Court's Jurisdiction | 08/20/2015 | 2 |
| 66701666 | Certificate of Service | 08/20/2015 | 1 |
| 66683801 | Defendants/Counter-plaintiffs Notice of Oral Hearing on September 25, 2015, Tuesday at 8:00am | 08/19/2015 | 1 |

| > 66683805 | Certificate of Service | 08/19/2015 | 1 |
| > 66683803 | Filing letter | 08/19/2015 | 1 |
| 66624059 | Letter to Judge Ward | 08/14/2015 | 2 |
| 66627198 | Defendants/Counter-Plaintiffs' Motion to Transfer 129th District Court and/or Abate the 234th District Court's Jurisdiction | 08/14/2015 | 4 |
| > 66627202 | Certificate of Service | 08/14/2015 | 1 |
| > 66627199 | Exhibit A | 08/14/2015 | 15 |
| > 66627200 | Exhibit B | 08/14/2015 | 7 |
| > 66627197 | Filing letter | 08/14/2015 | 1 |
| > 66627201 | Proposed Order Granting Defendants/Counter-Plaintiffs' Motion to Transfer 129th District Court and/or Abate the 234th District Court's Jurisdiction | 08/14/2015 | 2 |
| 66473136 | Defendants Response to Plaintiffs Objections to and Motion to Strike Defendants Summary Judgment Affidavits | 08/04/2015 | 3 |
| > 66473138 | Certificate of Service | 08/04/2015 | 1 |
| > 66473137 | Proposed Order | 08/04/2015 | 2 |
| 66438815 | Plaintiffs' Reply in Support of Plaintiffs' Motion for Summary Judgment to quiet title to Houston Avenue Properties and Plaintiffs Response to Defendants No-Evidence Motion for Summary Judgment | 07/31/2015 | 17 |
| > 66438816 | Proposed Order Denying Defendants' Motions for Summary Judgment | 07/31/2015 | 1 |
| 66438942 | Plaintiffs' Reply in Support of Plaintiffs' Motion for Summary Judgment as to Defendants' Defenses and Counterclaims, and Plaintiffs' Response to Defendants' Traditional Motion for Summary Judgment | 07/31/2015 | 14 |
| > 66438943 | Proposed Order Denying Defendants' Motions for Summary Judgment | 07/31/2015 | 1 |
| 66411790 | Plaintiffs' Objections to and Motion to Strike Defendants Summary Judgment Affidavits | 07/29/2015 | 6 |
| > 66411791 | Proposed Order Striking Affidavits | 07/29/2015 | 1 |
| 66413008 | Notice of Hearing | 07/29/2015 | 2 |
| 66389371 | Plaintiffs' Objection and Response to Defendants' Motion for Referral to Mediation | 07/28/2015 | 3 |
| 66367886 | Motion for Referral to Mediation After August 10, 2015 | 07/27/2015 | 3 |
| > 66367885 | Certificate of Conference | 07/27/2015 | 1 |
| > 66367888 | Certificate of Service | 07/27/2015 | 1 |
| > 66367884 | Defendants' Notice of Oral Hearing | 07/27/2015 | 1 |
| > 66367887 | Proposed Order Granting Mediation After August 10, 2015 | 07/27/2015 | 3 |
| 66089144 | Defendant's Motion for Traditional Summary Judgment and Response to Plaintiffs' Motion for Summary Judgment as to Defendants' Defenses and Counterclaim | 07/06/2015 | 10 |
| > 66089152 | Affidavit of Attorney Wayman L. Prince on Attorney Fees and reasonable Court Costs | 07/06/2015 | 3 |
| > 66089155 | Certificate of Service | 07/06/2015 | 1 |
| > 66089153 | Defendant Schedule of Exhibits A through O for Defendants' Counter-Claim and Defendant's Motion for Traditional Summary Judgment | 07/06/2015 | 2 |
| > 66089147 | Defendants Notice of Oral Hearing for August 8, 2015 | 07/06/2015 | 1 |
| > 66089149 | First 1st Affidavit of Benny J Risner, Managing Agent of Autraltex Inestment Holdings, LLC for Original Purchase of Houston Avenue Properties | 07/06/2015 | 2 |
| > 66089154 | Proposed Order Granting Defendant's Motion for Traditional Summary Judgment and Response to Plaintiffs' Motion for Summary Judgment as to Defendants' Defenses and Counterclaim | 07/06/2015 | 2 |
| > 66089150 | Second (2nd) Affidavit of Benny J Risner, After the Refinancing of the Houston Avenue Properties in 2009 through the sale to Houston broad Based Community Center in 2014 | 07/06/2015 | 2 |
| > 66089151 | Wayman L.Prince's Affidavit of facts by President and founder of Houston Broad Based Community Center | 07/06/2015 | 3 |

| | | | |
|---|---|---|---|
| 66091400 | Defendants Motion for No-Evidence Summary Judgment and Response to Plaintiffs' Motion for Summary Judgment to Quiet Title to Houston Avenue Properties | 07/06/2015 | 9 |
| -> 66091408 | Certificate of Service | 07/06/2015 | 1 |
| -> 66091401 | Defendant's Notice of Oral Hearing | 07/06/2015 | 1 |
| -> 66091406 | Defendants Schedule of Exhibits A through O for Defendants Counter-Claim and Defendants Motion for Traditional Summary judgment | 07/06/2015 | 2 |
| -> 66091402 | First (1st) Affidavit of Defendant Benny Joe Risner, Managing Agent of Autraltex investment Holdings, LLC for Original Purchase of Houston Avenue properties | 07/06/2015 | 2 |
| -> 66091407 | Proposed Order Granting Defendants' Motion for No-Evidence Summary Judgment and Order Denying Plaintiffs' Motion for Summary Judgment | 07/06/2015 | 2 |
| -> 66091403 | Second (2nd) Affidavit of Benny Joe Risner from the Refinancing of the Houston Avenue properties in 2009 through the sale to Houston Broad Based Community Center in 2014 | 07/06/2015 | 2 |
| -> 66091404 | Wayman L. Prince's Affidavit of Facts by President and Founder of Houston Broad Based Community Center | 07/06/2015 | 3 |
| -> 66091405 | Wayman L. Prince's Affidavit of Facts by President and founder of Houston Broad Based Community Center | 07/06/2015 | 3 |
| 66095942 | Defendants Answer, General Denial & Affirmative Defenses to Plaintiffs First Amended Petition | 07/06/2015 | 7 |
| -> 66095962 | Certificate of Service | 07/06/2015 | 1 |
| 66095943 | Defendants Amended Compulsory Counter-claim to Plaintiffs First (1st) Amended Petition | 07/06/2015 | 5 |
| -> 66095944 | Affidavit Wayman L. Princes Affidavit for Attorney Fees and Court Costs | 07/06/2015 | 3 |
| -> 66095945 | Defendants Schedule of Exhibit "A" through "O" | 07/06/2015 | 2 |
| -> 66095952 | Exhibit A | 07/06/2015 | 16 |
| -> 66095946 | Exhibit B | 07/06/2015 | 101 |
| -> 66095947 | Exhibit C | 07/06/2015 | 7 |
| -> 66095948 | Exhibit D | 07/06/2015 | 17 |
| -> 66095949 | Exhibit E | 07/06/2015 | 24 |
| -> 66095950 | Exhibit F | 07/06/2015 | 12 |
| -> 66095951 | Exhibit G | 07/06/2015 | 12 |
| -> 66095953 | Exhibit H | 07/06/2015 | 5 |
| -> 66095954 | Exhibit I | 07/06/2015 | 11 |
| -> 66095955 | Exhibit J | 07/06/2015 | 6 |
| -> 66095956 | Exhibit K | 07/06/2015 | 8 |
| -> 66095957 | Exhibit L | 07/06/2015 | 3 |
| -> 66095959 | Exhibit N | 07/06/2015 | 4 |
| -> 66095960 | Exhibit O | 07/06/2015 | 4 |
| -> 66095958 | Exhibit M | 07/06/2015 | 3 |
| -> 66095961 | Proposed Order Denying Plaintiffs Declaratory Judgment | 07/06/2015 | 2 |
| 66025977 | Plaintiffs' Supplemental Evidence in Support of Plaintiffs Motions for Summary Judgment | 06/30/2015 | 2 |
| -> 66025978 | Exhibit A | 06/30/2015 | 16 |
| 65977716 | ORDER GRANTING LEAVE TO FILE PLEADING SIGNED | 06/25/2015 | 1 |
| 65908693 | Plaintiffs' First Amended Petition and Request for Declaratory Judgment | 06/22/2015 | 10 |
| 65915778 | Plaintiffs' Motion for Summary Judgment to Quiet Title to Houston Avenue Properties | 06/22/2015 | 14 |
| -> 65915799 | Affidavit of Byron C. Keeling | 06/22/2015 | 2 |
| -> 65915779 | Exhibit A | 06/22/2015 | 26 |

| -> 65915780 | Exhibit B | 06/22/2015 | 2 |
|---|---|---|---|
| -> 65915781 | Exhibit C | 06/22/2015 | 2 |
| -> 65915782 | Exhibit D | 06/22/2015 | 3 |
| -> 65915783 | Exhibit E | 06/22/2015 | 13 |
| -> 65915784 | Exhibit F | 06/22/2015 | 6 |
| -> 65915785 | Exhibit G | 06/22/2015 | 8 |
| -> 65915786 | Exhibit H | 06/22/2015 | 2 |
| -> 65915787 | Exhibit I | 06/22/2015 | 10 |
| -> 65915788 | Exhibit J | 06/22/2015 | 10 |
| -> 65915789 | Exhibit K | 06/22/2015 | 4 |
| -> 65915790 | Exhibit L | 06/22/2015 | 12 |
| -> 65915791 | Exhibit M | 06/22/2015 | 12 |
| -> 65915792 | Exhibit N | 06/22/2015 | 5 |
| -> 65915793 | Exhibit O | 06/22/2015 | 11 |
| -> 65915794 | Exhibit P | 06/22/2015 | 4 |
| -> 65915795 | Exhibit Q | 06/22/2015 | 3 |
| -> 65915796 | Exhibit R | 06/22/2015 | 3 |
| -> 65915797 | Exhibit S | 06/22/2015 | 2 |
| -> 65915798 | Exhibit T | 06/22/2015 | 11 |
| -> 65915800 | Proposed Order Granting Final Summary Judgment | 06/22/2015 | 2 |
| 65916945 | Plaintiffs' Motion for Summary Judgment as to Defendants Defenses and Counterclaims | 06/22/2015 | 17 |
| -> 65916972 | Affidavit of Byron C. Keeling | 06/22/2015 | 2 |
| -> 65916946 | Exhibit A | 06/22/2015 | 26 |
| -> 65916947 | Exhibit B | 06/22/2015 | 2 |
| -> 65916948 | Exhibit C | 06/22/2015 | 2 |
| -> 65916949 | Exhibit D | 06/22/2015 | 3 |
| -> 65916950 | Exhibit E | 06/22/2015 | 13 |
| -> 65916951 | Exhibit F | 06/22/2015 | 6 |
| -> 65916952 | Exhibit G | 06/22/2015 | 8 |
| -> 65916953 | Exhibit H | 06/22/2015 | 2 |
| -> 65916954 | Exhibit I | 06/22/2015 | 10 |
| -> 65916955 | Exhibit J | 06/22/2015 | 10 |
| -> 65916956 | Exhibit K | 06/22/2015 | 4 |
| -> 65916957 | Exhibit L | 06/22/2015 | 12 |
| -> 65916958 | Exhibit M | 06/22/2015 | 12 |
| -> 65916959 | Exhibit N | 06/22/2015 | 5 |
| -> 65916960 | Exhibit O | 06/22/2015 | 11 |
| -> 65916961 | Exhibit P | 06/22/2015 | 4 |
| -> 65916962 | Exhibit Q | 06/22/2015 | 3 |
| -> 65916963 | Exhibit R | 06/22/2015 | 3 |
| -> 65916965 | Exhibit S | 06/22/2015 | 2 |
| -> 65916966 | Exhibit T | 06/22/2015 | 11 |

| | | | |
|---|---|---|---|
| -> 65916967 | Exhibit U | 06/22/2015 | 6 |
| -> 65916968 | Exhibit V | 06/22/2015 | 6 |
| -> 65916969 | Exhibit W | 06/22/2015 | 3 |
| -> 65916970 | Exhibit X | 06/22/2015 | 3 |
| -> 65916971 | Exhibit Y | 06/22/2015 | 25 |
| -> 65916973 | Proposed Order Granting Final Summary Judgment | 06/22/2015 | 2 |
| 65919302 | Notice of Hearing | 06/22/2015 | 2 |
| 65803018 | Plaintiffs' Unopposed Motion for Leave to File Settlement Agreement as Summary Judgment Evidence | 06/12/2015 | 4 |
| -> 65803019 | Proposed Order | 06/12/2015 | 1 |
| 65739051 | Defendant Australtex Investment Holdings, LLC's Responses and Objections to Plaintiffs Requests for Admissions to Defendant Australtex Investment Holdings, LLC | 06/08/2015 | 4 |
| 65739052 | Defendant Houston Broad Based Community Center's Responses and Objections to Plaintiffs Requests for Admissions to Defendant Houston Broad Based Community Center | 06/08/2015 | 4 |
| 65739053 | Defendant Benny Joe Risner's Responses and Objections to Plaintiffs Requests for Admissions to Defendant Benny Joe Risner | 06/08/2015 | 4 |
| 65739054 | Defendant Australtex Investment Holdings, LLC's Answers and Objections to Plaintiffs First Set of Interrogatories to Defendant Australtex Investment Holdings, LLC | 06/08/2015 | 8 |
| 65739055 | Defendant Houston Broad Based Community Centers Answers and Objections to Plaintiffs First Set of Interrogatories to Defendant Houston Broad Based Community Center (HBBCC) | 06/08/2015 | 8 |
| 65739056 | Defendant Benny Joe Risner's Answers and Objections to Plaintiffs First Set of Interrogatories to Defendant Benny Joe Risner | 06/08/2015 | 8 |
| 65739057 | Defendant Australtex Investment Holdings, LLC's Response to Plaintiffs Requests for Production of Documents to Defendant Australtex Investment Holdings, LLC | 06/08/2015 | 3 |
| -> 65739058 | Exhibit A | 06/08/2015 | 9 |
| 65739059 | Defendant Houston Broad Based Community Center's Response to Plaintiffs Requests for Production of Documents to Defendant Houston Broad Based Community Center | 06/08/2015 | 2 |
| -> 65739060 | Exhibit B | 06/08/2015 | 18 |
| 65739061 | Defendant Benny Joe Risner's Response to Plaintiffs Requests for Production of Documents to Defendant Benny Joe Risner | 06/08/2015 | 3 |
| -> 65739062 | Exhibit A - F | 06/08/2015 | 55 |
| 65739063 | Defendants Request for Admissions to Plaintiff Mazen Jumaa | 06/08/2015 | 4 |
| 65739064 | Defendants Request for Admissions to Plaintiffs MJ Medical Group, LLC | 06/08/2015 | 4 |
| 65739065 | Defendants Request for Admissions to Plaintiff Mazen Jumaa | 06/08/2015 | 4 |
| 65739066 | Defendants First (1st) Set of Interrogatories to Plaintiff Mazen Jumaa | 06/08/2015 | 5 |
| 65739067 | Defendants First (1st) set of Interrogatories to Plaintiff, MJ Medical Group LLC | 06/08/2015 | 4 |
| 65739068 | Defendants Request for Production of Documents to Plaintiff Mazen Jumaa | 06/08/2015 | 4 |
| 65739069 | Defendants Request for Production of Documents to Plaintiff MJ Medical Group, LLC | 06/08/2015 | 4 |
| 65739070 | Defendants Benny Joe Risner; Australtex Investment Holdings, LLC; and Houston Broad Based Community Center's Certificate of Written Discovery | 06/08/2015 | 2 |
| -> 65739071 | Certificate of Service | 06/08/2015 | 1 |
| 65274862 | Defendants' Response to Plaintiffs' Request for Disclosure | 05/04/2015 | 3 |
| -> 65274863 | Certificate of Service | 05/04/2015 | 1 |
| 64897874 | Plaintiffs' Original Answer to Defendants' Counterclaims | 04/06/2015 | 6 |
| 64512783 | Defendants' Answer & General Denial | 03/05/2015 | 2 |
| 64512784 | Defendants Affirmative Defenses | 03/05/2015 | 5 |

| | | | |
|---|---|---|---|
| 64512785 | Defendants' Original Compulsory Counter-Claim | 03/05/2015 | 5 |
| -> 64512786 | Exhibit A | 03/05/2015 | 12 |
| -> 64512787 | Exhibit B | 03/05/2015 | 12 |
| -> 64512788 | Exhibit C | 03/05/2015 | 5 |
| -> 64512789 | Exhibit D | 03/05/2015 | 11 |
| -> 64512790 | Exhibit E | 03/05/2015 | 6 |
| -> 64512791 | Exhibit F | 03/05/2015 | 8 |
| 64512792 | Certificate of Service | 03/05/2015 | 1 |
| 64483335 | T.R.C.P. Rule 11 Agreement | 03/04/2015 | 2 |
| -> 64483336 | Certificate of Service | 03/04/2015 | 1 |
| -> 64483334 | Cover letter | 03/04/2015 | 1 |
| 64283775 | Original Petition and Request for Declaratory Judgment | 02/17/2015 | 10 |
| -> 64283776 | Exhibit A | 02/17/2015 | 13 |
| -> 64283778 | Exhibit B | 02/17/2015 | 6 |
| -> 64283780 | Exhibit C | 02/17/2015 | 8 |
| -> 64283781 | Exhibit D | 02/17/2015 | 12 |
| -> 64283782 | Exhibit E | 02/17/2015 | 12 |
| -> 64283783 | Exhibit F | 02/17/2015 | 5 |

**CAUSE NO. 2015-09067**

| | | |
|---|---|---|
| MAZEN JUMAA AND MJ MEDICAL GROUP, LLC<br>  Plaintiffs | { { { { | IN THE DISTRICT COURT |
| v. | { { | 129th JUDICIAL DISTRICT |
| BENNY RISNER, AUSTRALTEX INVESTMENT HOLDINGS, LLC AND HOUSTON BROAD BASED COMMUNITY CENTER<br>  Defendants | { { { { { { | HARRIS COUNTY, TEXAS |

## ORDER GRANTING PLAINTIFF'S ATTORNEY, WAYMAN L. PRINCE'S, MOTION TO WITHDRAW WITH INTERVENTION AND RETENTION OF LEGAL INTEREST

The Court having duly considered Attorney, Wayman L. Prince's Motion to Withdraw

With Intervention and Retention of Legal Interest as Plaintiff's Attorney of record, it is therefore;

**ORDERED, ADJUDGED AND DECREED** that the Attorney, Wayman L. Prince's

Motion to Withdraw With Intervention and Retention of Legal Interest is with merit and

GRANTED;

**ORDERED, ADJUDGED AND DECREED** that Attorney, Wayman L. Prince is

removed as the Plaintiff Attorney of Record from the above styled case for all purposes of this

cause of action and the Court imposes no further conditions on Attorney, Wayman L. Prince, the

withdrawing attorney.

**ORDERED, ADJUDGED AND DECREED** that the Defendants, **BENNY RISNER**

**and AUSTRALTEX** pay the legal fees of $44,400.00 by Cashier's Check or Certified Funds to

Attorney Wayman L. Prince within fifteen (15) days of the Entry of this Order, or on or about

December 25, 2015. This amount is to be made payable to Attorney Wayman L. Prince and

delivered, couriered or certified mailed to Attorney Prince's office located at 9111 Katy

Freeway, Suite 301, Houston, Texas 77024. *(See Exhibits "A" and "B").*

Motion and Order of Plaintiff's Attorney
To Withdraw
JUMAA, et al v. RINER, et al– 129th

7

**IT IS FURTHER ORDERED** that this Order as granted shall become effective when executed and entered by the Court.

SIGNED THIS _____DAY OF _____, 2015.

_____
JUDGE PRESIDING

APPROVED AS TO FORM:

_____
Wayman L. Prince, Attorney At Law
**Law Offices of Attorney Wayman L. Prince**
9111 Katy Freeway, Suite 301
Houston, Texas 77024
(713) 467-1659
(713) 467-1686 Facsimile
E-Mail: Wayman@wlplaw.com
**T.B.A. # 16329350**

**ATTORNEY FOR PLAINTIFF**

Motion and Order of Plaintiff's Attorney                    8
To Withdraw
JUMAA, et al v. RINER, et al– 129ᵗʰ

CAUSE NO. 2015-09067

| | | |
|---|---|---|
| MAZEN JUMAA AND MJ MEDICAL GROUP, LLC **Plaintiffs** | { { { { | IN THE DISTRICT COURT |
| v. | { { { | 129th JUDICIAL DISTRICT |
| BENNY RISNER, AUSTRALTEX INVESTMENT HOLDINGS, LLC AND HOUSTON BROAD BASED COMMUNITY CENTER **Defendants** | { { { { { { | HARRIS COUNTY, TEXAS |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the three (3) instrument stated below have been served on the Plaintiffs by and through their Attorney of Record, **MAZEN JUMAA and MJ MEDICAL GROUP. LLC**, by and through their Attorney of Record, Byron C. Keeling, KEELING & DOWNES, 1500 McGowen, Suite 220, Houston, Texas 77004 via electronic filing and e-mail: bck@keelingdownes.com; and via electronic filing to M. Karlene McCullough, Clerk of the Court of Appeals – First District, 301 Fannin Street, Houston, Texas 77002-2066 and electronic filing to the Fourteenth Court of Appeals, Clerk of the Court, 301 Fannin Street, Houston, Texas 77002-2066, in accordance with Rule 25.1(e) of the Rules of Appellate Procedure, on this the 12th day of December, 2015, in accordance with T.R.C.P. Rule 21(a):

1. Plaintiff's Notice of Oral Hearing;
2. Plaintiff's Attorney, Wayman L. Prince, Motion to Withdraw with Intervention and Retention on Legal Interest; and
3. Order Granting Plaintiff's Attorney, Wayman L. Prince, Motion to Withdraw with Intervention and Retention on Legal Interest.

Respectfully Submitted,

Wayman L. Prince, Attorney at Law
**LAW OFFICES OF ATTORNEY WAYMAN L. PRINCE**
Member of Texas and Iowa Bars
9111 Katy Freeway, Suite 301
Houston, Texas 77024
**T.B.A. # 16329350**
Telephone (713) 467-1659
Fax (713) 467-1686
Email: Wayman@wlplaw.com

## ATTORNEY FOR PLAINTIFF

Motion and Order of Plaintiff's Attorney
To Withdraw
JUMAA, et al v. RINER, et al– 129th

9